UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROGER JACKSON,

    Plaintiff,

v.                                                  Case No. 8:22-cv-755-WFJ-JSS

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

**ORDER**

This cause is before the Court on a handwritten letter (Doc. 1) sent by Roger Jackson, in which he claims he is being denied mail at the North Dakota State Penitentiary. Although his allegations are not entirely clear, he also appears to challenge the penal institution's use of a digital mail system that he claims is located in Tampa, Florida.

Although the letter references Tampa, Florida, Jackson's allegations ultimately relate to the mail handling process used by the North Dakota State Penitentiary. Accordingly, it is **ORDERED** that the Clerk of Court shall transfer this

case to the United States District Court for the District of North Dakota for all further proceedings.[1]

**DONE** and **ORDERED** in Tampa, Florida on April 7, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 1391(b)(2) ("A civil action may be brought in-- . . . (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred[.]"); *id.* § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought[.]").